IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANDA WHEELER,

    Plaintiff,

v.

                              Case No. 20-cv-1055-wmc

CAVALRY SPV I, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Cavalry SPV I, LLC against plaintiff Amanda Wheeler dismissing this case.

| | |
|---|---|
| s/ R. Swanson, Deputy Clerk | 3/25/2022 |
| Peter Oppeneer, Clerk of Court | Date |